MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for Defendant, Arafan Dumbuya

By:  Christopher C. Josephson
     Deputy Attorney General
     (609) 376-3121
     christopher.josephson@law.njoag.gov

                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                       VICINAGE OF NEWARK


_____
                              )
LEMONT LOVE,                  )      CIVIL ACTION NO: 22-3275
                              )
              Plaintiff,      )
         v.                   )
                              )
TOWNSHIP OF EDISON, et al.,   )      NOTICE OF APPEARANCE
                              )
              Defendants.     )
_____)


TO:  CLERK OF THE COURT

     Lemont Love, plaintiff pro se
     591 Buckelew Ave.
     Monroe, N.J. 08831
     cashminein1@gmail.com


     John F. Gillick, Esq.
     Rainone Coughlin Minchello, LLC
     555 U.S. Highway One South, Suite 440
     Iselin, N.J. 08830

GENTLEMAN/LADY:

**PLEASE TAKE NOTICE** that Christopher C. Josephson, Deputy Attorney General, through Matthew J. Platkin, Acting Attorney General of the State of New Jersey, with offices located at 25 Market Street, Trenton, New Jersey 08625-0112, hereby enters an appearance as counsel on behalf of defendant, Arafan Dumbuya.

MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY


By:    s/ *Christopher C. Josephson*
       Christopher C. Josephson
       Deputy Attorney General

Dated: June 1, 2022